# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELVIN ANDREW ROACH, JR.,** *Plaintiff*, | : : : |
| v. | : :  CIVIL ACTION NO. 24-CV-00059 |
| **JPMORGAN CHASE BANK, N.A.,** *Defendant*. | : : : |

## ORDER

AND NOW, this **1st** day of **February 2024**, upon consideration of Plaintiff Melvin Andrew Roach, Jr.'s pro se Complaint (ECF No. 1), it is **ORDERED** that:

1. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ Chad F. Kenney**
_____
**CHAD F. KENNEY, J.**